UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAUL A. DOUGHTY, individually and on behalf of all similarly-situated current and retired members of the PROVIDENCE FIRE DEPARTMENT, and 799 OF THE INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, AFL-CIO, | : : : : : |
| *Plaintiffs* | : |
| vs. | : C.A. No. 13-676 M |
| THE CITY OF PROVIDENCE, by and through its Director of Finance, MICHAEL PEARIS, *Defendants* | : : |
| --CONSOLIDATED WITH— | : |
| TAFT MANZOTTI, and all others similarly situated, *Plaintiffs* | : : |
| vs. | : C.A. No. 13-795M |
| THE CITY OF PROVIDENCE, *et al*, *Defendants* | : : |

**PLAINTIFFS' MOTION FOR APPROVAL OF
ATTORNEY'S FEES AND COSTS**

NOW come the plaintiffs, through counsel, and move for approval of their application for attorney's fees and costs, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b). The plaintiffs seek approval of attorney's fees and costs in the aggregate amount of One Hundred Ninety Four Thousand Six Hundred and Seventy Six Dollars and Ninety Cents. ($194,766.80). This motion is supported by the attached affidavit of Edward C. Roy, Jr., Esquire, plaintiff's counsel, accompanying contemporaneous time records and listing of expenses and affidavit of George West, Esq..

1

                            THE PLAINTIFFS,
                            By their attorney,

                            /s/Edward C. Roy, Esquire
                            EDWARD C. ROY, ESQUIRE
                            1130 Ten Rod Road, A-103
                            North Kingstown, RI  02852
                            (401) 667-7878
                            (401) 667-7112    Facsimile
                            Edward_Roy@hotmail.com

## **CERTIFICATION**

I hereby certify that I served a copy of the within on all counsel on December 19, 2017 by electronic mail and by filing a copy using the ECF/CM case filing system of the United States District Court for the District of Rhode Island.

Kevin F. McHugh, Esq. (#3927)
William J. Conley, Jr., Esq.
Gina Renzulli Lemay, Esq
Natalya A. Buckler, Esq. (#8415)
Etie-Lee Z. Schaub, Esq. (#8783)
Joseph J. Pezza, Esq

                                              /s/Edward C. Roy, Esquire