UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAUL A. DOUGHTY, individually and on behalf of all similarly-situated current and retired members of the PROVIDENCE FIRE DEPARTMENT, and 799 OF THE INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, AFL-CIO, | : : : : : |
| *Plaintiffs* | : |
| vs. | : C.A. No. 13-676 M |
| THE CITY OF PROVIDENCE, by and through its Director of Finance, MICHAEL PEARIS, *Defendants* | : : |
| --CONSOLIDATED WITH— | : |
| TAFT MANZOTTI, and all others similarly situated, *Plaintiffs* | : : |
| vs. | : C.A. No. 13-795M |
| THE CITY OF PROVIDENCE, *et al*, *Defendants* | : : |

### PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF FLSA SETTLEMENT

NOW come the plaintiffs and move for final certification of this matter as a collective action and for final approval of the FLSA settlement agreement entered into between the plaintiffs and the City of Providence. The plaintiffs hereby incorporate by reference the attached memorandum of law in support of motion for final approval of FLSA settlement.

THE PLAINTIFFS,
By their attorney,

/s/Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
1130 Ten Rod Road, A-103
North Kingstown, RI  02852
(401) 667-7878
(401) 667-7112    Facsimile
Edward_Roy@hotmail.com

## CERTIFICATION

I hereby certify that I served a copy of the within on all counsel on January 19, 2018 by electronic mail and by filing a copy using the ECF/CM case filing system of the United States District Court for the District of Rhode Island.

Kevin F. McHugh, Esq. (#3927)
William J. Conley, Jr., Esq.
Gina Renzulli Lemay, Esq
Natalya A. Buckler, Esq. (#8415)
Etie-Lee Z. Schaub, Esq. (#8783)
Joseph J. Pezza, Esq

/s/Edward C. Roy, Esquire